NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2014-3005

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-13-0517-I-1.

---

## ON MOTION

---

## O R D E R

Henry E. Gossage moves the court to reconsider its March 6, 2104 and April 10, 2014 orders.

Gossage has failed to pay the filing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) as required by the April 10, 2014 order.

2                                                        GOSSAGE v. LABOR


Accordingly,

IT IS ORDERED THAT:

(1)  The petition is dismissed.

(2)  The motion to reconsider the April 10, 2014 order is denied.

(3)  Each side shall bear its own costs.


       FOR THE COURT

       /s/ Daniel E. O'Toole
       Daniel E. O'Toole
       Clerk of Court


s26


ISSUED AS A MANDATE: June 9, 2014